David FITZPATRICK, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 64187.

Missouri Court of Appeals, Western District.

July 5, 2005.

Ruth Sanders, Kansas City, MO, for appellant.

Deborah Daniels, Jefferson City, MO, for respondent.

Before EDWIN H. SMITH, C.J., ROBERT G. ULRICH and JAMES M. SMART, JR., JJ.

### ORDER

PER CURIAM.

David Fitzpatrick appeals the denial of his motion for post-conviction relief pursuant to Rule 29.15. In his sole point on appeal, Mr. Fitzpatrick contends that he was denied effective assistance of counsel when his trial counsel failed to depose two witnesses before trial.

The judgment is affirmed. Rule 84.16(b).

Gayl A. DEILMAN, Appellant,

v.

BPA COMPANY, L.L.C., Respondent.

No. WD 64127.

Missouri Court of Appeals, Western District.

July 5, 2005.

Stephen C. Caruso, Kansas City, MO, for appellant.

Michael P. Waddell, Kansas City, MO, for respondent.

Before ROBERT G. ULRICH, Presiding Judge, JAMES M. SMART, JR., Judge and JOSEPH M. ELLIS, Judge.

### ORDER

PER CURIAM:

Gayl A. Deilman appeals the circuit court's summary judgment in favor of BPA Company, L.L.C., on her premises liability action against BPA, arguing that the circuit court erred in granting summary judgment to BPA because there were genuine issues of material fact which precluded such a disposition. The judgment of the circuit court is affirmed. *Rule 84.16(b).*